

# NUMBER 13-15-00535-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PETERSON CONSTRUCTION, INC.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

Relator, Peterson Construction, Inc., filed a petition for writ of mandamus in the above cause on November 12, 2015. Through this original proceeding, relator contends that the trial court abused its discretion in granting a new trial because its articulated reasons "lack substantive merit" and are neither valid nor correct. *See In re Toyota Motor Sales, U.S.A., Inc.*, 407 S.W.3d 746, 758 (Tex. 2013) (orig. proceeding). This Court requests that the real party in interest, Roberto Perez, or any others whose interest would be directly affected by the relief sought, including but not limited to Pharr-San Juan-Alamo Independent School District, file a response to the petition for writ of mandamus on or

before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of November, 2015.